# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AMBER ELKINS and LORI-ANN RIDLEY,**

       **Plaintiffs,**

**v.**                                   **Case No: 6:20-cv-1562-PGB-LHP**

**ABBVIE, INC.,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed February, 24 2022 (Doc. 73). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant Abbvie, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 25, 2022.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties

Case 6:20-cv-01562-PGB-LHP   Document 74   Filed 02/25/22   Page 2 of 2 PageID 1942

2